UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
RUSTY SHAWN HAWKINS                           CASE NO. 15-10888
5313 BASS MOUNTAIN RD                         JUDGE CATHARINE R. ARON
SNOW CAMP, NC  27349

    DEBTOR

SSN(1) XXX-XX-9988                            DATE: 03/11/2016

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $51.43<br>INT:  .00%<br>NAME ID: 2794<br>CLAIM #:  0001 | (P) PRIORITY<br><br>ACCT: 0888<br>COMMENT:  OC |
| BRADLEY S HUNT ESQ<br>BRINKLEY WALSER & STONE PLLC<br>P O BOX 1657<br>LEXINGTON, NC  27293 | $0.00<br>INT:  .00%<br>NAME ID: 155039<br>CLAIM #:  0004 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT:  NOTICES |
| COAST TO COAST FINANCIAL<br>101 HODEN CAMP RD STE 120<br>THOUSAND OAKS, CA  91360 | $0.00<br>INT:  .00%<br>NAME ID: 139878<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT:  .00%<br>NAME ID: 5777<br>CLAIM #:  0007 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT:  NOTICES |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 38570<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $10,706.43<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0002 | (P) PRIORITY<br><br>ACCT: 14TX<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $264.94<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: ,PEN<br>COMMENT: |
| MELINDA MARTIN HAWKINS<br>4844 PAGETOWN RD<br>BURLINGTON, NC  27217 | $0.00<br>INT:  .00%<br>NAME ID: 155062<br>CLAIM #:  0009 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT:  NOTICES |

PAGE 2 - CHAPTER 13 CASE NO. 15-10888

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,935.56<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (P) PRIORITY<br><br>ACCT:  14TX<br>COMMENT:  OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $190.30<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT:  /PEN<br>COMMENT: |
| NEWBRIDGE BANK<br>P O BOX 867<br>LEXINGTON, NC  27293-0867 | $83,735.51<br>INT:  .00%<br>NAME ID:  59872<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  9957<br>COMMENT:  1215OR,1115A,1015A,COD |
| RECOVERY MGMT SYSTEMS CORP<br>ATTN MANAGING AGENT<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 | $0.00<br>INT:  .00%<br>NAME ID:  64039<br>CLAIM #:  0011 | (N) NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT:  NOTICES-SYNCHRONY |
| **TOTAL:** | **$96,884.17** | |
| SHERRI LYNN HAMLETT ESQ<br>P O DRAWER 59<br>BURLINGTON, NC  27216 | $3,700.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 03/11/2016        OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/ Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice